Michael B. Wixom, Esq.
Nevada Bar No. 2812
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
Attorneys for Defendant
Westlake Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NASHARA WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:20-cv-00297-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WESTLAKE SERVICES, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(First Request) |

Pursuant to the stipulation of Plaintiff Nashara Washington ("Plaintiff") and Defendant Westlake Services, LLC ("Defendant," collectively the "Parties"), and LR IA 6-1, the Parties hereby stipulate and jointly request, through their respective undersigned counsel, that Defendant shall have a fourteen-day extension to answer or otherwise respond to the Complaint (ECF No. 1). The Parties request that Defendant have up to and including **March 23, 2020** to respond to the Complaint. This time is requested in good faith so that the Parties can conduct further investigation of the claims and potentially resolve same. This is the first request for an

. . .

. . .

1

extension of Defendant's deadline to respond to the Complaint.

Dated this 9th day of March, 2020.                    Dated this 9th day of March, 2020.

SMITH LARSEN & WIXOM                                  PRICE LAW GROUP, APC

/s/ *Michael B. Wixom*                                /s/ *Steven A. Alpert (with permission)*
Michael B. Wixom, Esq.                                Steven A. Alpert
Nevada Bar No. 2812                                   Nevada Bar No. 8353
1935 Village Center Circle                            5940 S. Rainbow Blvd.
Las Vegas, NV 89134                                   Suite 3014
Attorneys for Defendant                               Las Vegas, NV 89118
Westlake Services, LLC                                Attorneys for Plaintiff

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     March 10, 2020

2