**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
*Attorneys for Plaintiff Nashara Washington*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| NASHARA WASHINGTON, | Case No.: 2:20-cv-297 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| WESTLAKE SERVICES, LLC, | |
| Defendant(s). | |

NOTICE IS HEREBY GIVEN that Plaintiff Nashara Washington and Defendant Equifax Information Services, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty-five (45) days. Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 9th day of July 2020,

**PRICE LAW GROUP, APC**

/s/ Steven A. Alpert
Steven A. Alpert, NV #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Nashara Washington*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

<u>/s/ Tarek Chami</u>