**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff Nashara Washington*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NASHARA WASHINGTON,<br><br>      Plaintiff,<br><br>   v.<br><br>WESTLAKE PORTFOLIO MANAGEMENT, LLC,<br><br>      Defendant. | **Case No.: 2:20-cv-297-JCM-NJK**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nashara Washington and Defendant Westlake Portfolio Management, LLC ("Westlake"), by and through undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Date: August 5, 2020

| | |
|---|---|
| PRICE LAW GROUP | SMITH LARSEN & WIXOM |
| By: */s/ Steven A. Alpert*<br>   Steven A. Alpert, NV Bar #8353<br>   5940 S. Rainbow Blvd., Suite 3014<br>   Las Vegas, NV 89118<br>   T: (702)794-2008<br>   E: alpert@pricelawgroup.com<br>   *Attorney for Plaintiff*<br>   *Nashara Washington* | By: */s/ Karl L. Nielson, Esq.*<br>   Michael B. Wixom, Esq.,<br>   Nevada Bar No. 2812<br>   Karl L. Nielson, Esq.<br>   Nevada Bar No. 5082<br>   1935 Village Center Circle<br>   Las Vegas, NV 89134<br>   *Attorney for Defendant*<br>   *Westlake Portfolio Management, LLC* |

**ORDER**

Based upon the Parties' above-referenced stipulation, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge James C. Mahan

DATED: August 10, 2020